■ The People of the State of New York, Respondent, v Carlos Valentine, Appellant.—Judgment, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered on March 11, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Milonas, Kassal and Smith, JJ.

■ Brooklyn Loft Tenants Association et al., Appellants-Respondents, v City of New York et al., Respondents, and Brooklake Associates et al., Respondents-Appellants.—Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on or about January 20, 1987, unanimously affirmed, without costs and without disbursements. Motion by plaintiffs-appellants-respondents to strike certain pages of the record on appeal denied. No opinion. Concur—Sandler, J. P., Ross, Milonas and Kassal, JJ.

■ The People of the State of New York, Respondent, v George Villanueva, Appellant.—Judgment, Supreme Court, Bronx County (Jerome Reinstein, J.), rendered on February 10, 1986, unanimously affirmed. Motion by defendant-appellant for leave to file a supplemental brief granted, and cross motion by respondent to strike appellant's *pro se* brief denied. No opinion. Concur—Carro, J. P., Asch, Rosenberger, Ellerin and Wallach, JJ.